UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-cv-60461-WPD

KIP LAMAR SNELL, Individually and on
Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

ALLIED MARINE, INC., DENISON YACHTS INTERNATIONAL, LLC, GALATI YACHT SALES, LLC, HMY YACHT SALES, INC., INTERNATIONAL YACHT CORPORATION, MARINEMAX, INC., MARINEMAX EAST, INC., SHARON & JACK MALATICH LLC, D/B/A S&J YACHTS, NORTHROP & JOHNSON YACHTS-SHIPS, LLC, RICK OBEY YACHT SALES LLC, OCEAN INDEPENDENCE YACHTS, LLC, ONEWATER MARINE INC., R.J.C. YACHT SALES, INC., UNITED YACHT SALES, LLC, WORTH AVENUE YACHTS, LLC, BOATS GROUP, LLC, PERMIRA ADVISERS LIMITED, PERMIRA ADVISERS LLC, INTERNATIONAL YACHT BROKERS ASSOCIATION, INC., F/K/A FLORIDA YACHT BROKERS ASSOCIATION, YACHT BROKERS ASSOCIATION OF AMERICA, INC., and YATCO, LLC,

                Defendants.

PLAINTIFF'S NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS

Case No. 0:24-cv-60461-WPD

Plaintiff Kip Lamar Snell, by and through his undersigned counsel, and pursuant to S.D. Fla. L.R. 3.8, hereby files this Notice of Pending, Refiled, Related or Similar Actions, and identifies the following pending, refiled, related or similar action:

*Ya Mon Expeditions, LLC v. Int'l Yacht Brokers Assoc., Inc.*, No. 1:24-CV-20805-KMM (S.D. Fla. Feb. 29, 2024) (Moore, J.).

DATED: March 25, 2024

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
Florida Bar No. 984795
MARK J. DEARMAN
Florida Bar No. 982407
STUART A. DAVIDSON
Florida Bar No. 0084824

s/ Mark J. Dearman
MARK J. DEARMAN

225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
mdearman@rgrdlaw.com
sdavidson@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID W. MITCHELL
ARTHUR L. SHINGLER III
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
davidm@rgrdlaw.com
ashingler@rgrdlaw.com

- 1 -

- 2 -

Case No. 0:24-cv-60461-WPD

WITES & ROGERS, P.A.
MARC A. WITES
Florida Bar No. 24783
THOMAS B. ROGERS
Florida Bar No. 54680
4400 North Federal Highway
Lighthouse Point, FL  33064
Telephone:  954/933-4400
954/354-0205(fax)
mwites@witeslaw.com
trogers@witeslaw.com

Attorneys for Plaintiff