UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60461-CV-DIMITROULEAS

KIP LAMAR SNELL, Individually and on
Behalf of All Others Similarly Situated,

    Plaintiff,

v.

ALLIED MARINE, INC., DENISON YACHTS INTERNATIONAL, LLC, GALATI YACHT SALES, LLC, HMY YACHT SALES, INC., INTERNATIONAL YACHT CORPORATION, MARINEMAX, INC., MARINEMAX EAST, INC., SHARON & JACK MALATICH LLC, D/B/A S&J YACHTS, NORTHROP & JOHNSON YACHTS-SHIPS, LLC, RICK OBEY YACHT SALES LLC, OCEAN INDEPENDENCE YACHTS, LLC, ONEWATER MARINE INC., R.J.C. YACHT SALES, INC., UNITED YACHT SALES, LLC, WORTH AVENUE YACHTS, LLC, BOATS GROUP, LLC, PERMIRA ADVISERS LIMITED, PERMIRA ADVISERS LLC, INTERNATIONAL YACHT BROKERS ASSOCIATION, INC., F/K/A FLORIDA YACHT BROKERS ASSOCIATION, YACHT BROKERS ASSOCIATION OF AMERICA, INC., and YATCO, LLC,

    Defendants.
_____/

## ORDER OF TRANSFER

**GOOD CAUSE** appearing pursuant to Internal Operating Procedure 2.15.00, due to this case being related to case no. 24-cv-20805-KMM, and subject to consent given below, it is:

1

**ORDERED AND ADJUDGED** that the above-numbered cause be and the same is hereby transferred to the calendar of <u>The Honorable K. Michael Moore</u> for all further proceedings.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 25th day of March, 2024.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

After reviewing the Court file in the above numbered cause, the undersigned hereby accepts the transfer of said case. Therefore, it is:

**ORDERED** that all pleadings hereinafter filed shall bear the following case number, **Case No. 24-cv-60461-KMM**, thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

**THE FOREGOING** transfer is herewith accepted this  25th  day of March, 2024.

*[signature]*
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c:   All Counsel of Record
     Clerk of Court