UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-cv-60461-KMM

| | |
|---|---|
| KIP LAMAR SNELL, Individually and on Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| ALLIED MARINE, INC., DENISON YACHTS INTERNATIONAL, LLC, GALATI YACHT SALES, LLC, HMY YACHT SALES, INC., INTERNATIONAL YACHT CORPORATION, MARINEMAX, INC., MARINEMAX EAST, INC., SHARON & JACK MALATICH LLC, D/B/A S&J YACHTS, NORTHROP & JOHNSON YACHTS-SHIPS, LLC, RICK OBEY YACHT SALES LLC, OCEAN INDEPENDENCE YACHTS, LLC, ONEWATER MARINE INC., R.J.C. YACHT SALES, INC., UNITED YACHT SALES, LLC, WORTH AVENUE YACHTS, LLC, BOATS GROUP, LLC, PERMIRA ADVISERS LIMITED, PERMIRA ADVISERS LLC, INTERNATIONAL YACHT BROKERS ASSOCIATION, INC., F/K/A FLORIDA YACHT BROKERS ASSOCIATION, YACHT BROKERS ASSOCIATION OF AMERICA, INC., and YATCO, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

4888-9207-8514

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of David W. Mitchell of the law firm Robbins Geller Rudman & Dowd LLP, 655 West Broadway, Suite 1900, San Diego, California 92101, 619/231-1058, for purposes of appearance as co-counsel on behalf of Plaintiff Kip Lamar Snell in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit David W. Mitchell to receive electronic filings in this case, and in support thereof states as follows:

1. David W. Mitchell is not admitted to practice in the Southern District of Florida and is a member in good standing of the California Bar and the United States District Court for the Southern District of California.

2. Movant, Stuart A. Davidson, Esquire, of the law firm Robbins Geller Rudman & Dowd LLP, 225 NE Mizner Boulevard, Suite 720, Boca Raton, Florida 33432, 561/750-3000, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

4888-9207-8514

      3.      In accordance with the local rules of this Court, David W. Mitchell has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

      4.      David W. Mitchell, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to David W. Mitchell at email address: davidm@rgrdlaw.com.

WHEREFORE, Stuart A. Davidson, moves this Court to enter an Order for David W. Mitchell to appear before this Court on behalf of Plaintiff Kip Lamar Snell, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to David W. Mitchell.

Respectfully submitted,

DATED: March 28, 2024

ROBBINS GELLER RUDMAN
   & DOWD LLP
PAUL J. GELLER
Florida Bar No. 984795
MARK J. DEARMAN
Florida Bar No. 982407
STUART A. DAVIDSON
Florida Bar No. 0084824
LINDSEY H. TAYLOR
Florida Bar No. 1027908

*Stuart A. Davidson*
STUART A. DAVIDSON

        225 NE Mizner Boulevard, Suite 720
        Boca Raton, FL 33432
        Telephone: 561/750-3000
        561/750-3364 (fax)
        pgeller@rgrdlaw.com
        mdearman@rgrdlaw.com
        sdavidson@rgrdlaw.com
        ltaylor@rgrdlaw.com

*Attorneys for Plaintiff*